No. 94–926. UNITED FOOD & COMMERCIAL WORKERS LOCAL 951, AFL–CIO & CLC *v.* MULDER ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–938. KREINES *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–943. RODRIGUEZ ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–949. GREENBLATT *v.* SMITH BARNEY SHEARSON, INC. C. A. 9th Cir. Certiorari denied.

No. 94–953. SIMPSON *v.* OFFICE OF THRIFT SUPERVISION. C. A. 9th Cir. Certiorari denied.

No. 94–956. MUNICIPAL UTILITIES BOARD OF ALBERTVILLE, ALABAMA, ET AL. *v.* ALABAMA POWER CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–959. PUERTO RICO AQUEDUCT AND SEWER AUTHORITY *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. 1st Cir. Certiorari denied.

No. 94–980. CITY OF LOS ANGELES *v.* CHEW. C. A. 9th Cir. Certiorari denied.

No. 94–984. HOPKINS ET AL. *v.* ANDAYA ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–992. DOU-HAN, INC. *v.* CITY OF ST. PETERSBURG ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 94–995. WORCESTER COUNTY, MARYLAND, ET AL. *v.* CANE ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1000. VIRGINIA GASOLINE MARKETERS & AUTOMOTIVE REPAIR ASSN., INC. *v.* MOBIL OIL CORP. C. A. 4th Cir. Certiorari denied.